**HONORABLE FRED VAN SICKLE**

STEVEN J. TUCKER
 Prosecuting Attorney
DAN L. CATT
Sr. Deputy Prosecuting Attorney
Spokane County Prosecuting Attorney's Office
1115 W. Broadway, 2nd Floor
Spokane, Washington 99260
(509) 477-5764
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JOSEPH MARTINEZ, | ) | |
| | ) | No CV-07-409-FVS |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| SPOKANE COUNTY, et al. | ) | |
| | ) | |
| Defendants | ) | |

## O R D E R

**THE STIPULATED MOTION** for dismissal **(Ct. Rec. 50) is GRANTED.** It

is hereby ordered that the above-entitled action is **DISMISSED WITH PREJUDIC**E.

The District Court Executive is directed to enter this order, furnish copies to Counsel

and **CLOSE** this file.

DONE this 9th day of April, 2010.

*s/ Fred Van Sickle*
**HONORABLE FRED VAN SICKLE**
UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL**